IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GREGORY NICHOLS**                                                            **PETITIONER**

**VS.**                    **4:00CR00022-03-WRW**
                           **4:05CV00626-WRW**

**UNITED STATES OF AMERICA**                             **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Petitioner's Motion for Reconsideration is DENIED and his Motion to Vacate and Set Aside his Sentence under § 2255 is DISMISSED WITH PREJUDICE.

DATED this 28th day of November, 2006.

                                                        /s/Wm. R. Wilson, Jr.
                                     UNITED STATES DISTRICT JUDGE